No. 665. BALTIMORE & OHIO RAILROAD Co. *v.* HOPPER PAPER Co. C. A. 7th Cir. Certiorari denied. *Edwin H. Burgess, Frederick E. Baukhages, William A. Eggers* and

944

*James J. Graham* for petitioner. *Henry R. Barber* and *Virginia W. Barber* for respondent.

